# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GILBERT,<br><br>          Plaintiff,<br><br>   v.<br><br>B. WOLFLEY, et al.,<br><br>          Defendants. | CASE NO.: 1:09-cv-00167-DLB PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 7) |

   Plaintiff Donald Gilbert ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendants Vilaysane, Erhman, Phi, and Diep for violation of the Eighth Amendment.[1]

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Service is appropriate for defendants

           K. VILAYSANE

           H. ERHMAN

           B. PHI

           J. DIEP

---

[1] By an order issued concurrently, the Court dismissed all other defendants from the action for failure to state a claim upon which relief may be granted.

1

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 5, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five (5) copies of the endorsed complaint filed June 5, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **October 27, 2009**                    **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE