# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GILBERT, | CASE NO. 1:09-CV-00167-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT COPIES OF UNEXECUTED USM-285 FORMS |
| v. | |
| B. WOLFLEY, et al., | |
| | RESPONSE DUE WITHIN 30 DAYS |
| Defendants. | |

Plaintiff Donald Gilbert ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding on his amended complaint, filed June 5, 2009, against Defendants Vilaysane, Phi, Erhman, and Diep for violation of the Eighth Amendment. On June 4, 2010, Plaintiff filed a motion requesting that the Court order the CDCR or the Attorney General's office to provide the United States Marshal with Defendants' current addresses for service of process.

Plaintiff contends that he received the USM-285 forms unexecuted. No copies were submitted in the court docket for this action. Before the Court will issue any order directing the United States Marshal to re-attempt service of process, the Court will require Plaintiff to submit copies of the USM-285 forms with the Court in order for the Court to determine what further action is necessary.

1

1  Accordingly, it is HEREBY ORDERED that Plaintiff submit copies of the unexecuted
2 USM-285 forms to the Court within **thirty (30) days** from the date of service of this order.
3 Failure to comply with this order will result in dismissal of this action for failure to obey a court
4 order.
5  IT IS SO ORDERED.
6  Dated:   **July 21, 2010**          /s/ **Dennis L. Beck**
               UNITED STATES MAGISTRATE JUDGE

2