# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GILBERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>B. WOLFLEY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-CV-00167-LJO-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (DOC. 37)<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff Donald Gilbert ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Vilaysane, Erhman, Diep, and Phi for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

Pending before the Court is Defendants Vilaysane and Erhman's motion to dismiss, filed July 22, 2011. Doc. 37. As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition as required by Local Rule 230(l). Accordingly, it is HEREBY ORDERED that Plaintiff is to file a response to Defendants' motion to dismiss within twenty-one (21) days from the date of service of this order. Failure to timely respond or otherwise comply will result in waiver of the opportunity to file an opposition.

IT IS SO ORDERED.

Dated:　　**October 13, 2011**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1