# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GILBERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>B. WOLFLEY, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-CV-00167-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC. 46) |

　　　Plaintiff Donald Gilbert ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2011, Defendant filed a motion to dismiss. Doc. 37. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On November 30, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Plaintiff filed an Objection to the Findings and Recommendations on December 20, 2011. Doc. 47.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Findings and Recommendations, filed November 30, 2011, is adopted in full;

　　　2.　　Defendants' motion to dismiss, filed July 22, 2011, is granted;

1

3. Plaintiff's first amended complaint, filed June 5, 2009, is dismissed for failure to state a claim upon which relief may be granted; and

4. Plaintiff is granted leave to file a second amended complaint within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   December 21, 2011                        /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE