# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GILBERT, | 1:09-cv-00167-LJO-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 50) |
| B. WOLFLEY, et al., | RESPONSE DUE WITHIN FOURTEEN DAYS |
| Defendants. | |

Plaintiff Donald Gilbert ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim with leave to amend, and ordered Plaintiff to file an amended complaint within thirty days. Plaintiff received an extension of time on February 8, 2012 for an additional thirty days. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within fourteen (14) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to timely respond or otherwise show cause will result in a recommendation of dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated: **April 24, 2012**          /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE